IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DARRELL MILLER,  No. C 04-3777 WHA (PR)

            Petitioner,  **ORDER OF DISMISSAL**

  vs.

JEANNE WOODFORD, Director, CDCR,

            Respondent..
                                                  /

      This is a case that was filed pro se by a prisoner at the Correctional Training Facility in Soledad.  Mail sent to him there has been returned three times with notations that he is no longer there.  Petitioner has not notified the clerk of any change of address.

      More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

      **IT IS SO ORDERED.**

Dated: August   3  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.04\MILLER777.DSM-MAIL.wpd